IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN WEISS-SLUTSKY, ) | |
| ) | |
| Plaintiff, ) | FILED: MARCH 20, 2008 |
| ) | 08CV1620        AEE |
| vs. ) | JUDGE BUCKLO |
| ) | MAGISTRATE JUDGE NOLAN |
| PALISADES COLLECTION, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

### INTRODUCTION

1.  Plaintiff Karen Weiss-Slutsky brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Palisades Collection, L.L.C. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2.  This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3.  Venue and personal jurisdiction in this District are proper because defendant's collection communications were received by plaintiff within this District.

### PARTIES

4.  Plaintiff Karen Weiss-Slutsky is an individual who resides in Lincolnshire Illinois.

5.  Defendant Palisades Collection LLC is a limited liability company chartered

1

under the law of New Jersey with its principal offices at 210 Sylvan Ave., Englewood Cliffs, NJ 07632. It does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

6. Palisades Collection LLC is engaged in the business of purchasing charged-off consumer debts and attempting to collect them from the consumers, using the mails and telephones for that purpose.

7. More than 50% of the debts purchased by Palisades Collection LLC are credit card debts.

8. Palisades Collection LLC has filed more than 1,000 lawsuits against Illinois consumers on charged-off debts.

9. Palisades Collection LLC pays an average of less than five cents on the dollar for the charged-off debts it purchases. For example, during the six months ending March 31, 2007, it purchased $9.8 billion face value of debts for $386.7 million, or 3.9 cents on the dollar. During the five years ending Sept. 30, 2006, it purchased $5.194 billion face value of debts for $200.2 million, or 3.85 cents on the dollar.

10. Palisades Collection LLC is a debt collector as defined in the FDCPA.

## FACTS

11. On June 6, 2005, Palisades Collection, L.L.C. received the letter attached as Exhibit A, sent on behalf of plaintiff.

12. Palisades Collection, L.L.C. was attempting to collect an alleged cellular

telephone debt incurred for personal, family or household purposes and not for business purposes.

13. On June 17, 2005, Palisades Collection, L.L.C. received the letter attached as <u>Exhibit B</u>, sent on behalf of plaintiff, regarding the same alleged debt.

14. In 2008, Palisades Collection, L.L.C. called plaintiff on multiple occasions about the same alleged debt.

## **VIOLATIONS COMPLAINED OF**

15. The 2008 communications to plaintiff violated 15 U.S.C. §1692c.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

(1) Statutory damages;

(2) Attorney's fees, litigation expenses and costs of suit;

(3) Such other and further relief as the Court deems proper.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
       & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **JURY DEMAND**

Plaintiff demands trial by jury.

s/Daniel A. Edelman
Daniel A. Edelman

**NOTICE OF LIEN**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

08CV1620           AEE
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN

**EXHIBIT A**

# FAX COVER SHEET

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MARK G. SLUTSKY & ASSOCIATES
### ATTORNEYS AT LAW
300 Village Green Drive, Suite 215
Lincolnshire, IL 60069
Tel: (847) 415-2222
Fax: (847) 415-2204

**TO:** Palisades Collection, LLC
c/o Collection Dept.

**FROM:** Mark Slutsky

**FAX NO.:** (201) 567-2203

**RE:** Reference # 085900000258511252

**DATE:** June 6, 2005

NO. OF PAGES INCLUDING COVER SHEET: __2__

---

**REMARKS:**
Enclosed is a copy of your April 11, 2005 letter sent to my client, Karen Weiss-Slutsky. As was previously indicated several years ago, my client disputes that any charges are due. We demand that if any agencies have been notified that a balance remains, that steps be immediately taken by your client and/ or you to retract the wrongful assertion.

You are hereby placed on notice that if the wrongful representation is not withdrawn within 14 days that we will seek damages for any negative affect on my client's credit scores.

Please provide me with the name and address of the person at A T& T Wireless that has retained your services so I can forward a copy of this letter to said individual.

I await your response.

If you do not receive all of these pages, please contact our office at (847) 415-2222.

THIS FAX MAY CONTAIN CONFIDENTIAL LEGAL DOCUMENTS PROTECTED BY LAW UNDER THE WORK-PRODUCT DOCTRINE, THE ATTORNEY-CLIENT PRIVILEGE OR A PROTECTIVE ORDER. THEIR FURTHER DISSEMINATION OR USE MAY ALSO BE PROHIBITED BY A COURT ORDER. IF YOU ARE NOT THE INTENDED FAXEE, PLEASE CALL US SO THAT WE CAN ARRANGE TO HAVE THE DOCUMENTS RETURNED. THANK YOU.

**HP OfficeJet**
**Personal Printer/Fax/Copier**

Fax Log Report

Jun-06-05   12:16 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 12015672203 | OK | 02 | Sent | Jun-06 | 12:14P | 00:01:11 | 002580030022 |

1.1.0  2.8

**EXHIBIT B**

# FAX COVER SHEET

*************************************************************

## MARK G. SLUTSKY & ASSOCIATES
## ATTORNEYS AT LAW
300 Village Green Drive, Suite 215
Lincolnshire, IL 60069
Tel: (847) 415-2222
Fax: (847) 415-2204

**TO:** Palisades Collection, L.L.C.

**FROM:** Mark Slutsky

**FAX NO.:** (610) 758-9781

**RE:** Account No. 085900000258511252
My Client: Karen Weiss- Slutsky

**DATE:** June 17, 2005

NO. OF PAGES INCLUDING COVER SHEET:     1

---

**REMARKS:** Please refrain from contacting my client directly again. I will consider any future direct contact a violation of the Fair Debt Collections Act and will seek any and all damages available under said Act. As was previously stated to AT & T Wireless and your predecessor collection agency, my client denies that any debt is owed and we believe that she has a valid counterclaim for the conduct of AT& T Wireless. This is to inform you that no payment will be paid to you absent a jury verdict in your favor. Further, should you commence litigation, in your capacity as the assignee of AT&T, we will seek all remedies that were available against AT&T in our counterclaim against you.

Further, demand is hereby made that you promptly take whatever steps are necessary, so my client's credit rating is not adversely affected by this groundless claim. I shall diary this matter for 14 days. If after said time you have not taken corrective measures with the reporting agencies we will seek appropriate relief.

If you do not receive all of these pages, please contact our office at (847) 415-2222.

THIS FAX MAY CONTAIN CONFIDENTIAL LEGAL DOCUMENTS PROTECTED BY LAW UNDER THE WORK-PRODUCT DOCTRINE, THE ATTORNEY-CLIENT PRIVILEGE OR A PROTECTIVE ORDER. THEIR FURTHER DISSEMINATION OR USE MAY ALSO BE PROHIBITED BY A COURT ORDER. IF YOU ARE NOT THE INTENDED FAXEE, PLEASE CALL US SO THAT WE CAN ARRANGE TO HAVE THE DOCUMENTS RETURNED. THANK YOU.

**HP OfficeJet**  
Personal Printer/Fax/Copier

**Fax Log Report**

Jun-17-05   03:55 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 16107589781 | OK | 01 | Sent | Jun-17 | 03:54P | 00:00:30 | 002582030022 |

1.1.0   2.8