IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KAREN WEISS-SLUTSKY,

        Plaintiff,

v.                                        Case No. 08-CV-1620

PALISADES COLLECTION, LLC,       Judge Bucklo

        Defendant.

## DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

NOW COMES Defendant Palisades Collection, LLC ("Palisades"), by and through its undersigned counsel, and for its Motion for Extension of Time to Answer Complaint, states as follows:

1. Palisades was served on or about March 26, 2008, and its answer is due April 15, 2008. Palisades needs additional time to review the materials in order to file an appropriate responsive pleading to Plaintiff's Complaint.

2. Palisades requests a fourteen (14) day extension of time, up to and including April 29, 2008, to file its responsive pleading to Plaintiff's Complaint.

3. Plaintiff has no objection to Palisades' request for an extension of time up to and including April 29, 2008.

WHEREFORE, Defendant Palisades Collection, LLC, respectfully requests that this Honorable Court grant an extension of time, up to and including April 29, 2008 to file its responsive pleading to Plaintiff's Complaint and award any further relief this Court deems just and appropriate.

Dated: April 15, 2008                    Respectfully Submitted,

                                         PALISADES COLLECTION, LLC

                                         By:    /s/  Amy R. Jonker
                                                One of its Attorneys

                                         David L. Hartsell
                                         Amy R. Jonker
                                         McGUIREWOODS LLP
                                         77 W. Wacker Drive, Suite 4100
                                         Chicago, Illinois 60601-1815
                                         (312) 849-8100 Phone
                                         (312) 849-3690 Fax
                                         dhartsell@mcguirewoods.com
                                         ajonker@mcguirewoods.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on April 15, 2008, I electronically filed the foregoing **DEFENDANT PALISADES COLLECTION, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Daniel A. Edelman
 Cathleen M. Combs
 James O. Latturner
 Francis R. Greene
 EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
 120 S. LaSalle Street, 18th Floor
 Chicago, Illinois 60603
 (312) 739-4200
 dedelman@edcombs.com
 ccombs@edcombs.com
 jlatturner@edcombs.com
 fgreene@edcombs.com

                /s/ Amy R. Jonker

\5305996.1