IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KAREN WEISS-SLUTSKY,

        Plaintiff,

v.                                        Case No. 08-CV-1620

PALISADES COLLECTION, LLC,        Judge Bucklo

        Defendant.

## NOTICE OF AGREED MOTION

To:  See Attached

    PLEASE TAKE NOTICE that on **Tuesday, April 22, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine Bucklo or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1203, and then and there present the attached **DEFENDANT PALISADES COLLECTION, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT,** a copy of which is served upon you.

Dated: April 15, 2008                    Respectfully Submitted,

                                                      PALISADES COLLECTION, LLC

                                                      By:  /s/ Amy R. Jonker
                                                          One of its Attorneys

                                                      David L. Hartsell
                                                      Amy R. Jonker
                                                      McGUIREWOODS LLP
                                                      77 W. Wacker Drive, Suite 4100
                                                      Chicago, Illinois 60601-1815
                                                      (312) 849-8100 Phone
                                                      (312) 849-3690 Fax
                                                      dhartsell@mcguirewoods.com
                                                      ajonker@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    Francis R. Greene
    EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
    120 S. LaSalle Street, 18th Floor
    Chicago, Illinois 60603
    (312) 739-4200
    dedelman@edcombs.com
    ccombs@edcombs.com
    jlatturner@edcombs.com
    fgreene@edcombs.com

                                                      /s/ Amy R. Jonker

\5306049.1