# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Karen Weiss–Slutsky
                                           Plaintiff,

v.                                                       Case No.: 1:08−cv−01620
                                                             Honorable Elaine E. Bucklo

Palisades Collection, L.L.C.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

       MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendant's motion for extension of time until 4/29/08 to answer or otherwise plead [13] is granted.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.