IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN WEISS-SLUTSKY,           )<br>                                                     )<br>            Plaintiff,             )<br>                                                     )<br>    v.                                          )<br>                                                     )<br>PALISADES COLLECTION, LLC,  )<br>                                                     )<br>            Defendant.          ) | Case No. 08-CV-1620<br><br>Judge Bucklo |

**DEFENDANT'S AGREED MOTION
FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

NOW COMES Defendant Palisades Collection, LLC ("Palisades"), by and through its undersigned counsel, and for its Motion for Extension of Time to Answer Complaint, states as follows:

1.      Palisades was served on or about March 26, 2008, and its answer was due April 15, 2008.

2.      On April 21, 2008, the Court granted Palisades' Agreed Motion for Extension of Time to Answer requesting through April 29, 2008 to file its answer. Dckt. No. 15.

3.      Plaintiff and Palisades attempted to settle this lawsuit but were unable to reach an agreement.  Palisades needs an additional seven (7) days, up to and including May 6, 2008, to review the materials in order to file an appropriate responsive pleading to Plaintiff's Complaint.

4.      Plaintiff has no objection to Palisades' request for an extension of time up to and including May 6, 2008.

WHEREFORE, Defendant Palisades Collection, LLC, respectfully requests that this Honorable Court grant an extension of time, up to and including May 6, 2008 to file its

responsive pleading to Plaintiff's Complaint and award any further relief this Court deems just and appropriate.

Dated: April 29, 2008                                  Respectfully Submitted,

                                                          PALISADES COLLECTION, LLC

                                                          By:   /s/  Amy R. Jonker
                                                                One of its Attorneys

                                                               David L. Hartsell
                                                               Amy R. Jonker
                                                               McGUIREWOODS LLP
                                                               77 W. Wacker Drive, Suite 4100
                                                               Chicago, Illinois 60601-1815
                                                               (312) 849-8100 Phone
                                                               (312) 849-3690 Fax
                                                               dhartsell@mcguirewoods.com
                                                               ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing **DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Francis R. Greene
>EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
>120 S. LaSalle Street, 18th Floor
>Chicago, Illinois 60603
>(312) 739-4200
>dedelman@edcombs.com
>ccombs@edcombs.com
>jlatturner@edcombs.com
>fgreene@edcombs.com

                                        /s/ Amy R. Jonker

\6227631.1

3