IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN WEISS-SLUTSKY,              ) | |
|         Plaintiff,          ) | |
| v.                                ) | Case No. 08-CV-1620 |
| PALISADES COLLECTION, LLC,        ) | Judge Bucklo |
|         Defendant.         ) | |

## NOTICE OF AGREED MOTION

To:  See Attached

PLEASE TAKE NOTICE that on **Tuesday, May 6, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine Bucklo or any judge sitting in her stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1203, and then and there present the attached **DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT,** a copy of which is served upon you.

Dated: April 29, 2008

Respectfully Submitted,

PALISADES COLLECTION, LLC

By:   /s/  Amy R. Jonker
      One of its Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing **NOTICE OF AGREED MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Francis R. Greene
>EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
>120 S. LaSalle Street, 18th Floor
>Chicago, Illinois 60603
>(312) 739-4200
>dedelman@edcombs.com
>ccombs@edcombs.com
>jlatturner@edcombs.com
>fgreene@edcombs.com

/s/ Amy R. Jonker

\5306049.1