UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Karen Weiss−Slutsky
                                    Plaintiff,
v.                                                          Case No.: 1:08−cv−01620
                                                            Honorable Elaine E. Bucklo
Palisades Collection, L.L.C.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiff having advised the court that the parties have reached a settlement in this case, status hearing reset for 6/17/2008 at 10:00 AM. If the settlement is finalized before that time, a stipulation must be filed promptly. Defendant's responsive pleading is deferred.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.