## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KAREN WEISS-SLUTSKY, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 1620 |
| | ) | |
| vs. | ) | Judge Bucklo |
| | ) | |
| PALISADES COLLECTION, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Karen Weiss-Slutsky hereby dismisses her claims with prejudice, with each party to bear their own costs and fees.


Respectfully submitted,

**KAREN WEISS-SLUTSKY**

By: s/Francis R. Greene
     One of Her Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Francis R. Greene, hereby certify that on July 9, 2008, I filed the foregoing document with the Clerk of the Court using the CM/ECF System which caused to be sent notification of such filing to the following parties via electronic mail:

David L. Hartsell
dhartsell@mcguirewoods.com

Amy R. Jonker
ajonker@mcguirewoods.com

                                                        s/Francis R. Greene
                                                        Francis R. Greene