**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Karen Weiss−Slutsky
                              Plaintiff,

v.                                      Case No.: 1:08−cv−01620
                                        Honorable Elaine E. Bucklo

Palisades Collection, L.L.C.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to Notice of Dismissal, this case is dismissed with prejudice and each party to bear its own costs and fees.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.